# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Criminal Action No. 4:12-CR-200 |
| v. | § | (Judge Jordan) |
| | § | |
| WILLIAM BRYAN BENNETT | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of twelve (12) months and one (1) day of imprisonment, to include the unserved community confinement time of one-hundred-and-thirty-two (132) days, with a term of supervised release of six (6) months to follow.

The Court further recommends the imposition of the special conditions set forth in the Report and Recommendation.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in El Reno, if appropriate.

**So ORDERED and SIGNED this 10th day of July, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE